IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   14-cv-01761-WYD-MJW

JASON HAMMACK,

    Plaintiff,

v.

ALPHA RECOVERY CORP.,

    Defendant.

## ORDER

THIS MATTER is before the Court on the parties' Stipulation for Dismissal With Prejudice filed January 2, 2015 (ECF No. 22).  After a careful review of the Stipulation, it is

ORDERED that the Stipulation for Dismissal With Prejudice is **APPROVED** and this matter is **DISMISSED WITH PREJUDICE**, each party to bear its own costs and attorneys' fees.

Dated:  January 5, 2015

                BY THE COURT:

                s/ Wiley Y. Daniel
                Wiley Y. Daniel
                Senior United States District Judge